```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN HUSTED, SR., individually and on
behalf of all others similarly situated

                    Plaintiff,                    23-CV-3650 (RA) (KHP)

      -against-                        **ORDER ADJOURNING INITIAL
                                                        CASE MANAGEMENT
                                                        CONFERENCE**

BARNES & NOBLE BOOKSELLERS,
INC.,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Voluntary Dismissal filed on May 31, 2023 (doc. no 8) the Initial Case Management Conference currently scheduled for **August 22, 2023** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
               June 1, 2023

                                                       _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge